United States District Court
Southern District of Texas
ENTERED
AUG 1 2 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED
AUG 07 1998
Michael N. Milby, Clerk of Court

20

THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| NOEL GONZALEZ, RUDY MOLINA, ENRIQUE MENDIOLA, HILARIO ACEVEDO <br><br> v. <br><br> SUPREME COURT OF TEXAS, CHIEF JUSTICE THOMAS R. PHILLIPS; JUSTICES RAUL A. GONZALEZ; NATHAN I. HECHT; DEBORAH G. HANKINSON; CRAIG ENOCH; ROSE SPECTOR; PRISCILLA R. OWEN; JAMES A. BAKER, GREG ABBOTT; in their individual and official capacities; DAN MORALES, Attorney General of Texas, individually and in his official capacity; BOARD OF LAW EXAMINERS OF TEXAS; RACHAEL MARTIN, Executive Director of Texas Board of Law Examiners; ROBERT ROLLER, Chairman, Texas Board of Legal Examiners; individually and in their official capacities | § § § § § § § § § § § § § § § § § § § § § § <br><br> CIVIL ACTION NO. B-98-28 |

## ORDER

Before the Court is the Motion for Leave to Appear *Pro Hac Vice* filed by Heather L. Horton. The Court is of the opinion that said motion is meritorious and should be GRANTED.

IT IS THEREFORE ORDERED that Heather L. Horton be and is hereby granted leave to appear in this matter *pro hac vice* to represent Defendants Supreme Court of Texas, Chief Justice Thomas R. Phillips; Justices Raul A. Gonzalez, Nathan I. Hecht, Deborah G. Hankinson, Craig Enoch, Rose Spector, Priscilla R. Owen, James A. Baker, Greg Abbott; Dan Morales, as Attorney General of Texas; Board of Law Examiners of Texas; Rachel Martin, Executive Director of Texas Board of Law Examiners; Robert Roller, Chairman, Texas Board of Law Examiners, as attorney in charge.

SIGNED on this 7TH day of AUG, 1998.

_____
THE HONORABLE FILEMON B. VELA
UNITED STATES DISTRICT JUDGE
JOHN WM. BLACK
U.S. MAGISTRATE JUDGE