United States District Court
Southern District of Texas
ENTERED
AUG 13 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED
AUG 11 1998
Michael N. Milby, Clerk of Court

21

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| NOEL GONZALEZ, RUDY MOLINA, ENRIQUE MENDIOLA, HILARIO ACEVEDO | § § § § | |
| VS. | § | CIVIL ACTION NO. B-98-028 |
| SUPREME COURT OF TEXAS, ET AL. | § § | |

## ORDER

Pending before the court is the Defendants' Motion to Dismiss.

Attorney for Plaintiffs is hereby ordered to respond to Defendants' Motion to Dismiss by September 11, 1998.

DONE at Brownsville, Texas, this 11th day of August, 1998.

John Wm. Black
United States Magistrate Judge