# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED
AUG 25 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED
AUG 25 1998
Michael N. Milby, Clerk of Court

## ORDER

| | | |
|---|---|---|
| NOEL GONZALEZ, RUDY MOLINA ENRIQUE MENDIOLA, AND HILARIO ACEVEDO | § § § § | |
| VS. | § | CIVIL ACTION NO. B-98-028 |
| SUPREME COURT OF TEXAS, ET AL. | § § | |

TYPE OF CASE:       __X__ CIVIL                    ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

HEARING ON DEFENDANTS' MOTION TO DISMISS

PLACE:                                                                          ROOM NO.:

UNITED STATES FEDERAL COURTHOUSE                    SECOND FLOOR COURTROOM, #2
500 E. 10TH STREET
BROWNSVILLE, TEXAS                                                      DATE AND TIME:

OCTOBER 1, 1998 AT 2:00 P.M.

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   AUGUST 25, 1998

TO:     MR. ROBERTO H. MENDOZA
        MS. HEATHER L. HORTON