26

United States District Court
Southern District of Texas
ENTERED

OCT 0 8 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -

| | | |
|---|---|---|
| NOEL GONZALEZ, RUDY MOLINA ENRIQUE MENDIOLA, and HILARIO ACEVEDO,  Plaintiffs | § § § § § | |
| vs. | § | CIVIL ACTION NO. B-98-028 |
| SUPREME COURT OF TEXAS, CHIEF JUSTICE THOMAS R. PHILLIPS; JUSTICES RAUL A. GONZALEZ; NATHAN I. HECHT; DEBORAH G. HANKINSON; CRAIG ENOCH; ROSE SPECTOR; PRISCILLA R. OWEN; JAMES A. BAKER; GREG ABBOTT; in their individual and official capacities; DAN MORALES, Attorney General of Texas, individually and in his official capacity; BOARD OF LAW EXAMINERS OF TEXAS; RACHAEL MARTIN, Executive Director of Texas Board of Law Examiners; individually an in their official capacities  Defendants | § § § § § § § § § § § § § § § | |

## ORDER

On this date came on for consideration Plaintiffs' Motion to Strike Defendants' Motion to Dismiss, in the above entitled and numbered cause. After consideration, the Court is of the opinion that Plaintiffs' Motion is not meritorious and should be **DENIED**.

It is **ORDERED** that Plaintiffs' Motion to Strike Defendants' Motion to Dismiss should be **DENIED**.

DONE in Brownsville, Texas, on this 6TH day of OCT 1998.

_____
John Wm. Black
United States Magistrate Judge