# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| NOEL GONZALEZ, RUDY MOLINA, | § | |
| ENRIQUE MENDIOLA, | § | |
| HILARIO ACEVEDO | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-028 |
| | § | |
| SUPREME COURT OF TEXAS, ET AL. | § | |

## ORDER NUNC PRO TUNC

A review of the Magistrate Judge's Report and Recommendation dated October 7, 1998, indicates it contains a typographical error which is obvious from the context. Recommendation of Magistrate Judge should have read Defendants' Motion to Dismiss should be **GRANTED** pursuant to Fed. R. Civ. P. 12(b)(6).

SIGNED at Brownsville, Texas, this 9th day of October 1998.

John Wm. Black
United States Magistrate Judge