# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# - BROWNSVILLE DIVISION -

| | | |
|---|---|---|
| NOEL GONZALEZ, RUDY MOLINA ENRIQUE MENDIOLA, and HILARIO ACEVEDO, Plaintiffs vs. SUPREME COURT OF TEXAS, CHIEF JUSTICE THOMAS R. PHILLIPS; JUSTICES RAUL A. GONZALEZ; NATHAN I. HECHT; DEBORAH G. HANKINSON; CRAIG ENOCH; ROSE SPECTOR; PRISCILLA R. OWEN; JAMES A. BAKER; GREG ABBOTT; in their individual and official capacities; DAN MORALES, Attorney General of Texas, individually and in his official capacity; BOARD OF LAW EXAMINERS OF TEXAS; RACHAEL MARTIN, Executive Director of Texas Board of Law Examiners; individually an in their official capacities Defendants | § § § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. B-98-028 |

United States District Court
Southern District of Texas
ENTERED

NOV 0 4 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of October 7, 1998 should be **ADOPTED**.

It is **ORDERED** that Defendants' Motion to Dismiss should be **GRANTED** pursuant to Fed. R. Civ. P. 12(b)(6).

DONE in Brownsville, Texas, on this 4th day of November, 1998.

_____
Filemon B. Vela
United States District Judge