33

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas

DEC 3 0 1998
ENTERED
Michael N. Milby, Clerk of Court

| | |
|---|---|
| NOEL GONZALEZ, RUDY MOLINA ENRIQUE MENDIOLA, and HILARIO ACEVEDO,<br>　　　Plaintiffs<br>vs.<br><br>SUPREME COURT OF TEXAS, CHIEF JUSTICE THOMAS R. PHILLIPS; JUSTICES RAUL A. GONZALEZ; NATHAN I. HECHT; DEBORAH G. HANKINSON; CRAIG ENOCH; ROSE SPECTOR; PRISCILLA R. OWEN; JAMES A. BAKER; GREG ABBOTT; in their individual and official capacities; DAN MORALES, Attorney General of Texas, individually and in his official capacity; BOARD OF LAW EXAMINERS OF TEXAS; RACHAEL MARTIN, Executive Director of Texas Board of Law Examiners; ROBERT ROLLER, Chairman, Texas Board of Law Examiners; individually and in their official capacities<br>　　　Defendants | § § § § § § § § § § § § § § § § § § § § § § § § § §    CIVIL ACTION NO. B-98-28 |

## ORDER

Before the Court is Plaintiffs' Motion for Reconsideration on the above-referenced cause of action. After consideration, the Court is of the opinion that Plaintiffs' Motion should be GRANTED.

It is ORDERED that Plaintiffs' Motion for Reconsideration should be GRANTED.

It is further ORDERED that Plaintiffs' Complaint be reinstated and this Court proceed with further proceedings for answer and proofs.

DONE in Brownsville, Texas, on this 30TH day of DEC 1998.

_____
Filemon B. Vela
United States District Judge