35

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
JAN 15 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| NOEL GONZALEZ, RUDY MOLINA, ENRIQUE MENDIOLA, HILARIO ACEVEDO | § § § § | |
| VS. | § | CIVIL ACTION NO. B-98-028 |
| SUPREME COURT OF TEXAS, ET AL. | § § | |

### ORDER

A review of this file by the undersigned United States District Judge reflects that an Order was entered on December 30, 1998, granting Plaintiffs' Motion for Reconsideration. This Order was entered in error. It was intended by the court to deny this Motion.

IT IS THEREFORE **ORDERED** that Plaintiffs' Motion for Reconsideration be **DENIED**.

SIGNED at Brownsville, Texas, this 15th day of January 1999.

Filemon B. Vela
United States District Judge